IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GERALD FRANK STANLEY,** | **CAPITAL CASE** |
| Petitioner, | CIV S-95-1500 FCD GGH P |
| v. | |
| **JILL L. BROWN, Warden of the California State Prison at San Quentin,** | |
| Respondent. | |

**[PROPOSED] ORDER**

1  BILL LOCKYER
   Attorney General of the State of California
2  ROBERT R. ANDERSON
   Chief Assistant Attorney General
3  MARY JO GRAVES
   Senior Assistant Attorney General
4  WARD A. CAMPBELL
   Supervising Deputy Attorney General
5  RUTH M. SAAVEDRA
   Deputy Attorney General
6  State Bar No. 72835
     1300 I Street
7    P.O. Box 944255
     Sacramento, CA 94244-2550
8    Telephone: (916) 324-5248
     Fax: (916) 324-2960
9  Attorneys for Respondent

10                IN THE UNITED STATES DISTRICT COURT

11                FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13  **GERALD FRANK STANLEY,**            **CAPITAL CASE**

                                Petitioner,    CIV S-95-1500 FCD GGH P
14
         v.                                    **[PROPOSED] ORDER**
15
    **JILL L. BROWN, Warden of the California State**
16  **Prison at San Quentin,**

17                              Respondent.

18

19       GOOD CAUSE APPEARING, Respondent's application for a 30-day enlargement of time

20  in which to file a response in this matter is hereby GRANTED. Respondent's response is due on

21  June 7, 2005.

22       The hearing on the motion for evidentiary hearing set for June 2, 2005, at 10:00 a.m. is

23  hereby VACATED.

24  DATED: 5/3/05

25                                      /s/ Gregory G. Hollows
                                        _____
26                                      UNITED STATES MAGISTRATE JUDGE
    stan1500.eot04
27

28

Order
                                        1