UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

GERALD F. STANLEY,

          Petitioner,

    v.

JEANNIE WOODFORD,

          Respondent.

NO. CIV. S-95-1500 FCD GGH P

DEATH PENALTY CASE

MEMORANDUM AND ORDER

----oo0oo----

    This matter is before the court on petitioner Gerald Stanley's objections to the findings and recommendations of the magistrate judge, filed March 3, 2004 ("F&R"), addressing respondent's procedural default affirmative defense.[1]  In the F&R, the magistrate judge found that "[t]he timeliness (Clark) bar should not be applied; the failure-to-raise-on-direct-review (Dixon) bar should be imposed on Claims I, IV, VIII, and XI of

---

[1] The case was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District Local Rule 72-302.

1 the amended petition." (F&R at 21.)
2      The F&R was served on all parties and contained notice to
3 all parties that any objections to the findings and
4 recommendations were to be filed within twenty days.  Per an
5 extension of time, petitioner filed his objections on April 6,
6 2004.  Respondent filed a reply thereto on April 19, 2004.[2]
7      In accordance with the provisions of 28 U.S.C. §
8 636(b)(1)(C) and Eastern District Local Rule 72-304, this court
9 has conducted a *de novo* review of this matter.  Having carefully
10 reviewed the entire file, the court finds the F&R to be supported
11 by the record and by proper analysis.
12      Accordingly, IT IS HEREBY ORDERED that:
13      The F&R, filed March 3, 2004, is adopted in full.  The <u>Dixon</u>
14 bar applies to Claims I, IV, VIII, and XI of the amended
15 petition, thereby precluding review on the merits of these
16 claims.
17 DATED: August 2, 2005

                              /s/ Frank C. Damrell Jr.
                              FRANK C. DAMRELL, Jr.
                              UNITED STATES DISTRICT JUDGE

---

[2]     The court acknowledges that, technically, since this date the matter has been "pending" before the undersigned. However, due to an administrative oversight, the undersigned was only first made aware of the F&R on July 28, 2005.  At no time prior to that date did either party bring the matter to the court's attention.  Rather, the oversight was discovered by court personnel.