IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD F. STANLEY,

    Petitioner,

vs.

JILL L. BROWN, Acting Warden of the California State Prison at San Quentin,

    Respondent.

No. CIV S-95-1500 FCD GGH P

**DEATH PENALTY CASE**

ORDER

---

    Respondent has requested a clarification of this court's scheduling orders with respect to the timing and content of expert reports. While the orders appear clear to the undersigned, i.e., full Rule 26 reports were required at the time of designation, the court is concerned that respondent may not have been given a fair opportunity to develop those reports.

    Accordingly, petitioner shall respond in writing to the points made in respondent's Request for Clarification no later than September 16, 2005.

DATED: 9/9/05

                                      /s/ Gregory G. Hollows

                                    GREGORY G. HOLLOWS
                                    U.S. MAGISTRATE JUDGE

stan1500.ord

1