IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD F. STANLEY,

    Petitioner,

vs.

STEVEN ORNOSKI, Acting Warden of the California State Prison at San Quentin,

    Respondent.

_____/

No. CIV S-95-1500 FCD GGH P

**DEATH PENALTY CASE**

ORDER

        The court has now considered respondent's motion for clarification (necessity for Rule 26 expert reports) filed September 7, 2005, and petitioner's response filed September 16, 2005.

        As the court previously found, the prior scheduling order (as well as a number of verbal admonitions in court) clearly required expert reports at the time of designation. While an expert's report could always be supplemented by a discovered fact of a truly emergent nature, the bases of the expert's opinions, and information considered, as is available, must be disclosed.

        Respondent claims that his mental health expert cannot be ready to issue a report on his designation, and probably cannot have report filed even by October 7, 2005. Respondent ambiguously claims that his expert requires information not yet disclosed by petitioner in order

1

1  for an opinion to be formulated.

2  Petitioner has demonstrated that the vast majority of information pertinent to an
3  expert's opinion would have been available to respondent (or could have been available) in
4  ample time for the expert to have rendered an informed opinion.  The undersigned will not repeat
5  petitioner's chronology of events.

6  The court finds no good cause, much less the required extraordinary
7  circumstances for further schedule changes, to modify the scheduling orders in this case.
8  Nevertheless, in order to avoid a probable default on the mental health issues, respondent's
9  expert(s) shall prepare and serve a report in full compliance with the expert provisions of Rule 26
10 no later than September 30, 2005.  In the event that a satisfactory report is not submitted by that
11 time, the expert will not be permitted to testify.

12 Petitioner's counsel may seek monetary sanctions, if counsel so desire, no later
13 than September 30, 2005.

14 DATED: 9/19/05

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE

17 GGH:035
stan1500.exp