IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY STANLEY,

    Petitioner,     No. CIV S-95-1500 FCD GGH P

  vs.

STEVEN ORNOSKI,     <u>DEATH PENALTY CASE</u>

    Respondent.    <u>ORDER</u>

_____/

On September 27, 2005, petitioner filed an emergency motion for an order barring respondent from moving petitioner prior to the scheduled legal visit and mental health evaluations. Good cause appearing, IT IS HEREBY ORDERED that:

1. On or before October 5, 2005, respondent shall file a response to petitioner's September 27, 2005, motion;

2. Petitioner's transfer is temporarily stayed pending receipt of respondent's response to the pending motion; the court will issue further orders upon receipt of respondent's response.

DATED: September 28, 2005

                                                  /s/ Frank C. Damrell Jr.
                                                FRANK C. DAMRELL JR.
                                                United States District Judge