IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD F. STANLEY,

    Petitioner,

vs.

STEVEN ORNOSKI, Acting Warden of the California State Prison at San Quentin,

    Respondent.

No. CIV S-95-1500 FCD GGH P

**DEATH PENALTY CASE**

ORDER

The undersigned is in receipt of recently filed requests for clarification, aka motions for reconsideration, one unnoticed motion, and one proposed protective order submitted without stipulation or motion.[1] Parties in receipt of such orphaned documents, orphaned in respect to any type of scheduled hearing date, have no idea whether or when to respond. The court's scheduling is hindered because non-noticed motions are not necessarily calendared or brought to the undersigned's attention.

\\\\\

---

[1] Also, the court is in receipt of a request for reconsideration directed to the district judge under the local rules which have their own stated deadlines. This order is not directed to such a request for reconsideration.

1  Henceforth, the court will not act upon non-noticed or non-stipulated "requests,"
2 non-noticed motions or spurious "proposed orders" which bear no indication of agreement or
3 opposition.
4  Outstanding requests etc. will be dealt with, as feasible, at the October 6, 2005
5 scheduled hearing on respondent's noticed motion for discovery.
6 DATED: 9/29/05

/s/ Gregory G. Hollows

7  _____
  GREGORY G. HOLLOWS
8  U.S. MAGISTRATE JUDGE

9 GGH:035
  stan1500.cla