IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD F. STANLEY,

    Petitioner,

vs.

STEVEN W. ORNOSKI, Acting Warden of the California State Prison at San Quentin,

    Respondent.

No. CIV. S-95-1500 FCD GGH P

**DEATH PENALTY CASE**

ORDER

    Pursuant to a meet and confer ordered by the court, the parties have submitted a modification of the schedule previously ordered and modified on several occasions. The court appreciates the good faith of the parties in working out discovery disputes, and finds the requisite cause for modifying the order once again. All the dates suggested by the parties will be adopted.

    Therefore, the court orders that the dates set forth in the Joint Request to Modify Scheduling Order, filed October 14, 2005, are the dates which govern further scheduling in this case insofar as the dates in the Joint Request have superseded previously ordered dates.

////

1

The court will shortly issue further orders on any lingering disputes or needed clarifications not covered by the Joint Request, e.g., scope of the issues at evidentiary hearing for the Colusa County murder.

DATED: October 17, 2005.

                                        /s/ Gregory G. Hollows
                                        GREGORY G. HOLLOWS
                                        U.S. MAGISTRATE JUDGE

stan1500.mod