MARK E. OLIVE, Fla. Bar #578533
Law Offices of Mark E. Olive, P.A.
320 West Jefferson Street
Tallahassee, Florida 32301
(telephone)    850-224-0004
(facsimile)    850-224-3331

QUIN DENVIR, SB #49374
Federal Defender
JOSEPH SCHLESINGER, SB #87692
Assistant Federal Defender
TIM SCHARDL, Fla. Bar #73016
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
(telephone)    916-498-6666
(facsimile)    916-498-6656

Attorneys for Petitioner Stanley

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD FRANK STANLEY,<br><br>　　　　Petitioner,<br><br>vs.<br><br>WARDEN, of the California State Prison at Corcoran,<br><br>　　　　Respondent. | NO. CIV 95-1500-FCD/GGH<br><br>**DEATH PENALTY CASE**<br><br>**ORDER REQUIRING RESPONDENT TO ACCOMMODATE PETITIONER'S EXPERTS** |

　　　　During the hearing held October 6, 2005, the Court directed Petitioner's counsel to submit an order that would ensure access to Petitioner by his experts. This directive followed the Court's order of September 24, 2005, temporarily barring the then respondent, Steven Oronoski, Acting Warden of San Quentin State Prison, from moving Petitioner before these same experts could examine him. According to a subsequent filing, Petitioner was moved before the order issued, Doc. 553, and the previously scheduled examinations could not take place.

　　　　In order to ensure that the examinations can take place when rescheduled to accommodate the experts' schedules, IT IS HEREBY ORDERED that Respondent, Warden of California State Prison at Corcoran, will make a private room available on October 26, 2005, so that

Dr. Jeff Victoroff can examine Petitioner, and on October 27 and 28, 2005, so that Dr. Dale Watson can examine Petitioner. With appropriate breaks, the doctors may examine Petitioner from 8:30 a.m. to 5:00 p.m., and, subject to inspection, will be permitted to bring with them and use their diagnostic equipment.

DATED: 10/19/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE

stan1500.exp-2