MARK E. OLIVE, Fla. Bar #578533
Law Offices of Mark E. Olive, P.A.
320 West Jefferson Street
Tallahassee, Florida 32301
(telephone)    850-224-0004
(facsimile)    850-224-3331

QUIN DENVIR, SB #49374
Federal Defender
JOSEPH SCHLESINGER, SB #87692
Assistant Federal Defender
TIM SCHARDL, Fla. Bar #73016
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
(telephone)    916-498-6666
(facsimile)    916-498-6656

Attorneys for Petitioner Stanley

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD FRANK STANLEY,<br><br>　　　　Petitioner,<br><br>vs.<br><br>STEVEN ORNOSKI, Acting Warden of the California State Prison at San Quentin,<br><br>　　　　Respondent. | NO. CIV 95-1500-FCD/GGH<br><br>**DEATH PENALTY CASE**<br><br>**ORDER GRANTING PETITIONER'S MOTION TO PRESENT WITNESS TESTIMONY BY DEPOSITION** |

  Petitioner has filed a motion seeking leave to take the deposition of a witness, Helen Montague, and seeking to use the deposition in lieu of live testimony at the evidentiary hearing. "On application for a writ of habeas corpus evidence may be taken orally or by deposition . . . ." 28 U.S.C. § 2246. The rules authorize the use of depositions in lieu of live testimony where "the witness is at a greater distance than 100 miles from the place of . . . hearing," and where "the witness is unable to attend or testify because of age, illness, [or] infirmity." Fed. R. Civ. P. 32(a)(3)(B) & (C). Petitioner supported his motion with a declaration stating that the witness resides in Albuquerque, New Mexico, and is unable to attend an evidentiary hearing because she is

1  elderly, ill, and infirm.

2  In light of this showing, and having considered Respondent's position, IT IS
3  HEREBY ORDERED that the motion is GRANTED.
4  DATED: 11/29/05

/s/ Gregory G. Hollows

_____
HON. GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE

stan1500.wit