MARK E. OLIVE, Fla. Bar #578533
Law Offices of Mark E. Olive, P.A.
320 West Jefferson Street
Tallahassee, Florida 32301
(telephone)   850-224-0004
(facsimile)   850-224-3331

QUIN DENVIR, SB #49374
Federal Defender
JOSEPH SCHLESINGER, SB #87692
Assistant Federal Defender
TIM SCHARDL, Fla. Bar #73016
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
(telephone)   916-498-6666
(facsimile)   916-498-6656

Attorneys for Petitioner Stanley

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD FRANK STANLEY,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>S.W. ORNOSKI, Acting Warden<br>of the California State Prison at San Quentin,<br><br>　　　　Respondent. | **NO.  CIV 95-1500-FCD/GGH**<br><br>**DEATH PENALTY CASE**<br><br>**ORDER ON<br>STIPULATION FOR AN ORDER<br>SHORTENING TIME AND RESETTING<br>HEARING DATE** |

　　　　The parties have filed a stipulation seeking to move two matters to the Court's calendar for December 15, 2005.  First, they seek to shorten time for hearing on Petitioner's motion to stay and continue the evidentiary hearing schedule.  They seek a response date of December 6, 2005, and a possible reply date of December 12, 2005.  The second event is the pre-hearing hearing currently scheduled for December 12, 2005.

　　　　The Court finds GOOD CAUSE for accepting the stipulation.

DATED: 12/9/05

　　　　　　　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HON. GREGORY G. HOLLOWS
stan1500.ost　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE