IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD F. STANLEY,

    Petitioner,

vs.

STEVEN ORNOSKI, Acting Warden of the California State Prison at San Quentin,

    Respondent.

No. CIV S-95-1500 FCD GGH P

**DEATH PENALTY CASE**

ORDER

On December 22, 2005, the court heard counsel for both sides in a phone conference regarding the January scheduling of a previously ordered evidentiary hearing. The parties desired to move the hearing to late March or April 2006. Despite the great reluctance of the undersigned to continue the hearing given the length of time this case has been pending in the court, and the undersigned's previous admonitions to the parties regarding the need to complete this case, the court agreed to one *final* continuance.

The parties were told to submit an agreed upon date during the December 22 phone conference. To date, no such date has been suggested. The parties are therefore ordered to submit an agreed upon date no later than January 10, 2006. The agreed upon date must be

\\\\\

1

1 | made in consultation with the undersigned's clerk and must be scheduled within March or April
2 | of this year.
3 |       As discussed at the hearing, recorded information obtained during any
4 | examination or testing of petitioner in this case by petitioner's counsel must be shared with
5 | respondent's counsel forthwith.
6 | DATED: 1/4/06

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE

stan1500.eot