MARK E. OLIVE, Fla. Bar #578533
Law Offices of Mark E. Olive, P.A.
320 West Jefferson Street
Tallahassee, Florida 32301
(telephone)   850-224-0004
(facsimile)   850-224-3331

DENNIS S. WAKS, SB #142581
Acting Federal Defender
JOSEPH SCHLESINGER, SB #87692
Assistant Federal Defender
TIM SCHARDL, Fla. Bar #73016
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
(telephone)   916-498-6666
(facsimile)   916-498-6656

Attorneys for Petitioner Stanley

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD FRANK STANLEY,                )   NO. CIV 95-1500-FCD/GGH
                                     )
          Petitioner,                )   **DEATH PENALTY CASE**
                                     )
     vs.                             )
                                     )   ORDER SETTING
S.W. ORNOSKI, Acting Warden          )   EVIDENTIARY HEARING DATE
of the California State Prison at San Quentin, )
                                     )
          Respondent.                )
_____)

FILED

JAN 10 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

The Court previously set the evidentiary hearing in this case for January 3, 2006. Reluctantly, on December 19, 2005, the Court agreed to continue the hearing to January 17. The Court's goal of bringing this case to hearing was frustrated, however, and on December 22, 2005, the Court agreed to one *final* continuance. Pursuant to the Court's prior orders, the parties have submitted a joint statement requesting that the hearing commence on April 17, 2006.

GOOD CAUSE appearing, the evidentiary hearing will begin on that date.

DATED: January 9, 2006.

_____
HON. GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE