**FILED**

JAN 1 2 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
             DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD FRANK STANLEY,<br><br>                    Petitioner,<br><br>        v.<br><br>STEVEN ORNOSKI, Acting Warden,<br>San Quentin State Prison,<br><br>                    Respondent. | CIV S-95-1500 FCD GGH DP<br><br>▮▮▮▮▮▮▮ ORDER |

For good cause shown the Clerk of Butte County Superior Court is directed to send to this Court Defendent's Exhibit 12683 from *People v. Stanley*, Butte County Superior Court No. 79825 for use in the upcoming evidentiary in *Stanley v. Ornoski*, CIV 95-1500-FCD/GGH. Exhibit 12683 consists of a binder containing the transcripts of audio taped interviews conducted by Dr. David Axelrad and related materials.

Dated: Jan. 12, 2006

GREGORY G. HOLLOWS
_____
The Honorable Gregory G. Hollows

[Proposed] Order

1