1  MARK E. OLIVE, Fla. Bar #578533
   Law Offices of Mark E. Olive, P.A.
2  320 West Jefferson Street
   Tallahassee, Florida 32301
3  (telephone)   850-224-0004
   (facsimile)   850-224-3331
4
   DENNIS S. WAKS, SB #142581
5  Acting Federal Defender
   JOSEPH SCHLESINGER, SB #87692
6  Assistant Federal Defender
   TIM SCHARDL, Fla. Bar #73016
7  Assistant Federal Defender
   801 I Street, 3rd Floor
8  Sacramento, California 95814
   (telephone)   916-498-6666
9  (facsimile)   916-498-6656

10 Attorneys for Petitioner Stanley

11              IN THE UNITED STATES DISTRICT COURT

12              FOR THE EASTERN DISTRICT OF CALIFORNIA

13
   GERALD FRANK STANLEY,              )   NO.  CIV 95-1500-FCD/GGH
14                                     )
                Petitioner,            )   **DEATH PENALTY CASE**
15                                     )
         vs.                           )
16                                     )   **ORDER SETTING FILING DATE FOR
   S.W. ORNOSKI, Acting Warden         )   PETITIONER'S RESPONSE TO STATE'S
17 of the California State Prison at San Quentin, ) REQUEST FOR RECONSIDERATION &
                                       )   ANY SUPPLEMENTAL BRIEF**
18              Respondent.            )
                                       )
19 _____)

20       Respondent has filed a request for reconsideration (Doc. 617), and notice of an

21 intention to file a supplemental brief in support thereof by January 20, 2006.  Doc. 624.  Petitioner

22 seeks 10 court days for filing a response.

23       The Court finds good cause for setting February 3, 2006, as the date for filing

24 Petitioner's response.  It is so ordered.

25 DATED: January 12, 2006.

26                                        /s/ Frank C. Damrell Jr.
                                          HON. FRANK C. DAMRELL, JR.
27                                        UNITED STATES DISTRICT JUDGE

28

Prop. Order Setting Response Date                            CIV S-95-1500 FCD-GGH