IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GERALD FRANK STANLEY,** | CIV S-95-1500 FCD GGH DP |
| Petitioner, | **ORDER** |
| v. | |
| **STEVEN ORNOSKI, Acting Warden, San Quentin State Prison,** | |
| Respondent. | |

    GOOD CAUSE APPEARING, Respondent's application for an eight-day enlargement of time in which to file a response in this matter is hereby GRANTED. Respondent's response is due on March 23, 2006.

Dated: <u>March 16, 2006</u>          <u>/s/ Gregory G.Hollows</u>
                                           The Honorable Gregory G. Hollows

[Proposed] Order