IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD FRANK STANLEY,<br><br>                                    Petitioner,<br><br>v.<br><br>STEVEN ORNOSKI, Acting Warden,<br>San Quentin State Prison,<br><br>                                    Respondent. | CIV S-95-1500 FCD GGH DP<br><br>**ORDER ALLOWING RESPONSE TO EX PARTE APPLICATION**<br><br>"AS MODIFIED" |

GOOD CAUSE APPEARING, Respondent's request for five court days in which to file a response to Petitioner's application to amend this Court's Memorandum and Order (Doc. 654 and 662) to include certification for interlocutory appeal is hereby granted. Respondent's response is due on March 23, 2006. The matter shall not be set for hearing at this time. If necessary the court shall set a hearing after review of all briefing.

Dated: March 16, 2006                    /s/ Frank C. Damrell Jr.
                                                      The Honorable Frank C. Damrell

Corrected Order to Doc. 663

1