IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD F. STANLEY,

    Petitioner,

vs.

STEVEN ORNOSKI, Acting Warden of the California State Prison at San Quentin,

    Respondent.

No. CIV S-95-1500 FCD GGH P

**DEATH PENALTY CASE**

ORDER

On March 24, 2006, petitioner filed a motion for partial summary judgment on a sub-claim of Claim 21 (the Juror Mitts voir dire issue) to be heard on the scheduled date for evidentiary hearing. This motion, which is filed with an inadequate notice period, could never be finally adjudicated in any event prior to the evidentiary hearing, and would inevitably lead to more delay should the Juror Mitts sub-claim not be presented at evidentiary hearing along with all others.

This is not to say that petitioner's showing in the motion is not sufficient; the court offers no opinion in that regard at this time. Petitioner is free to submit at evidentiary hearing only that already presented evidence which petitioner believes entitles him to judgment, or petitioner may submit more. Respondent may present whatever appropriate evidence

1

1 | respondent desires to submit on the issue, if any.
2 |   Petitioner's March 24, 2006, motion for partial summary judgment is vacated
3 | from calendar.
4 | DATED: 3/27/06

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE

stan1500.vac