IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD F. STANLEY,

    Petitioner,

vs.

EDDIE YLST, Acting Warden of the California State Prison at San Quentin,

    Respondent.

No. CIV S-95-1500 FCD GGH P

**DEATH PENALTY CASE**

ORDER GRANTING MOTION TO PRESENT WITNESS TESTIMONY BY DEPOSITION

    Petitioner has filed a motion seeking leave to take the deposition of a witness, Edna Franich, and seeking to use the deposition in lieu of live testimony at the evidentiary hearing. "On application for a writ of habeas corpus evidence may be taken orally or by deposition . . . ." 28 U.S.C. § 2246. The rules authorize the use of depositions in lieu of live testimony when "the witness" is unable to attend or testify because of age, illness, [or] infirmity." Fed. R. Civ. P. § 32(a)(3)(B) and (C). Petitioner supported his motion with a declaration stating that the witness is unable to attend an evidentiary hearing because she is elderly, ill and infirm. Respondent does not object to the use of a deposition in lieu of live testimony. However, respondent urges that the deposition be videotaped.

\\\\\

1  Respondent's argument that the deposition be videotaped is well taken.  First, the
2  Federal Rules provide a preference for audio or videotaped depositions when they are to be
3  presented to the trier of fact.  <u>See</u> Fed. R. Civ. P. 32(c).  Morever, unless the subject of the
4  testimony is ministerial, e.g, document authentication deposition, the non-verbal cues given by a
5  witness in answering a question are often very important to the witness' credibility.  Did the
6  witness answer with certainty?  "Yes" can be said in many different ways, but can only be printed
7  as "yes."  Was the witness guessing?  Did the witness respond only because a question was
8  leading?  Did the witness look confused?  These and other important testimony cues are missing
9  when only the black and white of the transcript are reviewed.
10  IT IS HEREBY ORDERED that petitioner's motion is GRANTED with the
11  provision that the deposition be videotaped.
12  Dated: 4/7/06                                       /s/ Gregory G. Hollows

                                                        _____
13                                                      GREGORY G. HOLLOWS
                                                        U.S. MAGISTRATE JUDGE
14
stan1500.dep