MARK E. OLIVE, Fla. Bar #578533
Law Offices of Mark E. Olive, P.A.
320 West Jefferson Street
Tallahassee, Florida 32301
(telephone)    850-224-0004
(facsimile)    850-224-3331

DANIEL J. BRODERICK, SB #89424
Acting Federal Defender
JOSEPH SCHLESINGER, SB #87692
Assistant Federal Defender
TIM SCHARDL, Fla. Bar #73016
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
(telephone)    916-498-6666
(facsimile)    916-498-6656

Attorneys for Petitioner Stanley

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD FRANK STANLEY, | NO. CIV 95-1500-FCD/GGH |
| Petitioner, | **DEATH PENALTY CASE** |
| vs. | **ORDER REQUIRING THE UNITED STATES MARSHAL TO PAY WITNESS TRANSPORTATION COSTS** |
| EDDIE YLST, Acting Warden of the California State Prison at San Quentin, | |
| Respondent. | |

   An evidentiary hearing began in this case on April 17, 2006. Witness Vicki Franich is scheduled to testify on April 18, 2006. Ms. Franich resides in Idaho. Section 1825(b) of the Judicial Code provides that the United States Marshal for the district shall pay the witness fees of witnesses appearing on behalf of habeas corpus petitioners authorized to proceed in forma pauperis. Section 1821(c) and (d) of the Judicial Code provides that actual travel expenses and a subsistence allowance are among the fees and allowances provided for witnesses in proceedings before a Magistrate Judge.

   Because Petitioner has previously been authorized to proceed in forma pauperis, and

good cause appearing, IT IS HEREBY ORDERED:

1. That the United States Marshal for the Eastern District of California shall pay the travel expenses of Vicki Franich from her home in Idaho to the U.S. District Court for the Eastern District of California, round trip, for purposes of testifying in the above-captioned case on April 18, 2006 (or as soon thereafter as the Court may require her testimony), and shall further pay attendance fees and subsistence allowance as provided by 28 U.S.C. § 1821;

2. That the Clerk shall serve this order on the United States Marshal for the Eastern District of California.

DATED: 4/18/06

/s/ Gregory G. Hollows

HON. GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE

stan1500.wit