IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD F. STANLEY,

    Petitioner,　　　　　　　　　　No. CIV S-95-1500 FCD GGH P

    vs.

EDDIE YLST, Acting Warden of the California State Prison at San Quentin,　　　**DEATH PENALTY CASE**

    Respondent.　　　　　　　　　　<u>ORDER</u>

_____/

    The court is tentatively inclined to allow Dr. Victoroff to testify as a rebuttal witness only in those specific areas in which Dr. Reus commented on Dr. Victoroff's work in this case, or in which Dr. Reus commented upon a neurological issue which was identified as such in Dr. Reus' testimony. However, the court will consider any objection respondent has to this limited rebuttal, if filed no later than June 9, 2006.

DATED: 6/2/06　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　GREGORY G. HOLLOWS
　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

stan1500.reb

1