IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD F. STANLEY,

    Petitioner,                      No. CIV S-95-1500 FCD GGH P

    vs.

EDDIE YLST, Acting Warden of the California State Prison at San Quentin,        **DEATH PENALTY CASE**

    Respondent.                  <u>ORDER</u>

_____/

        GOOD CAUSE APPEARING, respondent's and petitioner's application for a 30-day enlargement of time in which to file objections to the Magistrate Judge's findings and recommendations is hereby GRANTED. Respondent's and petitioner's response is due on July 17, 2006.

DATED: 6/16/06                    /s/ Gregory G. Hollows
                                              _____
                                              GREGORY G. HOLLOWS
                                              U.S. MAGISTRATE JUDGE

stan1500.eot

1