IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD F. STANLEY,

    Petitioner,　　　　　　　　　　No. CIV S-95-1500 FCD GGH P

    vs.

EDDIE YLST, Acting　　　　　　　　　　**DEATH PENALTY CASE**
Warden of the California State Prison
at San Quentin,

    Respondent.　　　　　　　　　　<u>ORDER</u>

_____/

After petitioner rested without calling Dr. Victoroff, petitioner thought better of that action, and requested that the evidentiary hearing be reopened to accept Dr. Victoroff's "rebuttal" testimony. The court tentatively responded that it favored calling Dr. Victoroff for limited testimony, but did not finalize that decision pending acquisition of respondent's position. Respondent did not believe it appropriate to upset the court's previous determination that petitioner had rested with respect to the medical testimony, but in the alternative, suggested that declarations be submitted in lieu of live testimony.

In its May 21, 2006 request to reopen testimony, petitioner attached several declarations of Dr. Victoroff, at least one of which was presented to the court on a different issue already. Respondent attached a Dr. Reus rebuttal to the May 18, 2006 Victoroff declaration (and

1

1 Dr. Reus had previously addressed in his court testimony, especially on cross-examination, the
2 cleft palate Victoroff declaration).
3    In light of the sharply drawn distinctions in testimony set forth in the exhaustive
4 declarations (Victoroff – May 18, 2006; Reus – June 8, 2006), "sharply" being the operative
5 word, the court orders that the record be expanded with the aforementioned Victoroff declaration
6 and the Dr. Reus rebuttal.  Because the Dr. Victoroff August 31, 2005 declaration was referenced
7 frequently at hearing, and underlies discussion in part of the above two declarations, the court
8 will order its filing and expansion of the record as well.  No further submissions or in court
9 testimony will be accepted on the medical issues.

DATED: 7/26/06

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE

stan1500.dec