MARK E. OLIVE, Fla. Bar #578533
Law Offices of Mark E. Olive, P.A.
320 West Jefferson Street
Tallahassee, Florida 32301
(telephone)    850-224-0004
(facsimile)    850-224-3331

DANIEL J. BRODERICK, #89424
Federal Defender
JOSEPH SCHLESINGER, SB #87692
Assistant Federal Defender
TIM SCHARDL, Fla. Bar #73016
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
(telephone)    916-498-6666
(facsimile)    916-498-6656

Attorneys for Petitioner Stanley

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD FRANK STANLEY, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>WARDEN of the California State Prison )<br>at San Quentin, )<br>)<br>Respondent. )<br>_____ ) | NO.  CIV 95-1500-FCD/GGH<br><br>**DEATH PENALTY CASE**<br><br>**CORRECTED**<br>**ORDER ON PETITIONER'S REQUEST**<br>**FOR AN EXTENSION OF TIME**<br>(correction annotated by *) |

Petitioner requests an extension of time for filing an opposition to the State's objections to the findings and recommendations filed May 31, 2006.  He also requests that the Court continue to September 25, 2006, the hearing on the findings and recommendations.

Pursuant to Local Rule 72-304(d), Petitioner's opposition to the State's objections is due to be filed by July 31, 2006.  By order filed July 19, 2006, a hearing on the findings and recommendations is scheduled for September 1, 2006.  (Doc. 738).

Petitioner states as grounds for the calendaring changes conflicts presented by his counsel's schedules.  The State has been advised of these circumstances, and does not object to the request being granted.

Accordingly, the Court finds GOOD CAUSE for granting Petitioner's request and the hearing set for September 1, 2006 is VACATED and RESET for Friday, *September 29, 2006 at 10:00 a.m. Petitioner's opposition to the State's objections to the findings and recommendations is due no later than August 18, 2006.

IT IS SO ORDERED.

DATED: July 28, 2006.

/s/ Frank C. Damrell Jr.
UNITED STATES DISTRICT JUDGE