MARK E. OLIVE, Fla. Bar #578533
Law Offices of Mark E. Olive, P.A.
320 West Jefferson Street
Tallahassee, Florida 32301
(telephone)    850-224-0004
(facsimile)    850-224-3331

DANIEL J. BRODERICK, #89424
Federal Defender
JOSEPH SCHLESINGER, SB #87692
Assistant Federal Defender
TIM SCHARDL, Fla. Bar #73016
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
(telephone)    916-498-6666
(facsimile)    916-498-6656

Attorneys for Petitioner Stanley

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD FRANK STANLEY, ) | **NO.  CIV 95-1500-FCD/GGH** |
| ) | |
| Petitioner, ) | |
| ) | **DEATH PENALTY CASE** |
| vs. ) | |
| ) | |
| WARDEN of the California State Prison ) | **ORDER ON** |
| at San Quentin, ) | **WITNESS FEE CERTIFICATION** |
| ) | |
| Respondent. ) | |
| _____ ) | |

Pursuant to 28 U.S.C. section 1825(b)(1), the assistant Federal defender assigned to this case has certified that the following witnesses appeared as non-expert fact witnesses on behalf of the petitioner, who has been authorized to proceed in forma pauperis:  Linda Teaby, Kenneth Klassen, Wilda Forbes, Janet Herbert, Mickie Mitts, Delbert Robinson, and Edna Franich. Therefore, the witness fees and mileage should be paid by the United States marshal.

IT IS SO ORDERED

DATED: 8/1/06                    /s/ Gregory G. Hollows

                                 _____
                                 GREGORY G. HOLLOWS
                                 UNITED STATES MAGISTRATE JUDGE

stan1500.witfee