IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD F. STANLEY,

    Petitioner,

vs.

EDDIE YLST, Acting Warden of the California State Prison at San Quentin,

    Respondent.

No. CIV S-95-1500 FCD GGH P

**DEATH PENALTY CASE**

MEMORANDUM AND FINAL SCHEDULING ORDER

On August 3, 2006, petitioner's motion to expand the record was heard before the undersigned. For the reasons set forth on the record, and/or for reasons previously determined by order, the following was decided:

    1. Dr. Victoroff's declaration was accepted, along with the rebuttal by Dr. Reus, see Order of July 26, 2006;

    2. Attorney Blake: The record will be expanded to accept Blake's declaration as his direct testimony; respondent will be permitted to subpoena Blake for cross-examination; however, such cross-examination shall be presented to the undersigned no later than October 15, 2006;

1    3. The record is expanded to include the deposition of Edna Franich along with
2 Exhibit 1;
3    4. All requests to expand the record regarding the declaration of attorney Neil and
4 associated exhibits were denied with the exception of the newspaper articles detailing the cause
5 of death for attorney Neil;
6    The parties may file closing briefing in this case no later than October 31, 2006.
7 In this respect, the parties may:
8    a. incorporate the briefing filed in connection with the 1999 summary
9 judgment proceedings;
10    b. make additions to that briefing or brief any matters not addressed in
11 that briefing;
12    c. make additional argument regarding issues taken up at the evidentiary
13 hearing in this case.
14 The briefing shall be filed simultaneously, i.e., there are no opening, opposition and reply briefs.
15 Because the briefing is optional, and ample time has been given for such briefing, no requests for
16 extensions of time will be granted.  At this point, it is important that the parties focus their efforts
17 on the significant issues.  No brief shall exceed 100 pages.
18 DATED: 8/16/06

/s/ Gregory G. Hollows
19
_____
GREGORY G. HOLLOWS
20 U.S. MAGISTRATE JUDGE

21 stan1500.brf