IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD FRANK STANLEY,<br><br>　　　　Petitioner,<br><br>　v.<br><br>WARDEN of San Quentin State Prison,<br><br>　　　　Respondent.<br>_____ | No. CIV S-95-1500 FCD GGH<br><br>**DEATH PENALTY CASE**<br><br>**ORDER GRANTING JOINT REQUEST FOR SECOND EXTENSION OF TIME TO SUBMIT CLOSING BRIEFS** |

　　　　The parties' joint request for a second extension of time to submit closing briefs is hereby granted.  The briefs shall be filed no later than December 14, 2006.

　　　　IT IS SO ORDERED.

Dated: 12/1/06

　　　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　GREGORY G. HOLLOWS
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

stan1500.eot2