MARK E. OLIVE, Fla. Bar #578533
Law Offices of Mark E. Olive, P.A.
320 West Jefferson Street
Tallahassee, Florida 32301
(telephone)    850-224-0004
(facsimile)    850-224-3331

DANIEL J. BRODERICK, #89424
Federal Defender
JOSEPH SCHLESINGER, SB #87692
Assistant Federal Defender
TIVON SCHARDL, Fla. Bar #73016
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
(telephone)    916-498-6666
(facsimile)    916-498-6656

Attorneys for Petitioner Stanley

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD FRANK STANLEY, | **NO. CIV 95-1500-FCD/GGH** |
| Petitioner, | |
| | **DEATH PENALTY CASE** |
| vs. | |
| ROBERT AYERS, WARDEN of the California State Prison at San Quentin, | **ORDER ON PETITIONER'S REQUEST FOR AN EXTENSION OF TIME** |
| Respondent. | |

Petitioner requests an extension of time for filing objections to the Findings and Recommendations filed in this matter on April 11, 2007, from May 1, 2007 until May 15, 2007, stating that competing demands on counsel's time have prevented them from completing their work in the allotted time.

The Court finds GOOD CAUSE for granting Petitioner's request.

It is so ordered.

DATED: April 30, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE