MARK E. OLIVE, Fla. Bar #578533
Law Offices of Mark E. Olive, P.A.
320 West Jefferson Street
Tallahassee, Florida 32301
(telephone)    850-224-0004
(facsimile)    850-224-3331

DANIEL J. BRODERICK, #89424
Federal Defender
JOSEPH SCHLESINGER, SB #87692
Assistant Federal Defender
TIVON SCHARDL, Fla. Bar #73016
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
(telephone)    916-498-6666
(facsimile)    916-498-6656

Attorneys for Petitioner Stanley

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD FRANK STANLEY, | **NO.  CIV 95-1500-FCD/GGH** |
| Petitioner, | |
| vs. | **DEATH PENALTY CASE** |
| ROBERT AYERS, WARDEN of the California State Prison at San Quentin, | **ORDER ON PETITIONER'S SECOND REQUEST FOR AN EXTENSION OF TIME** |
| Respondent. | |

Petitioner requests for a second extension of time for filing a response to the State's objections is GRANTED.   The court hereby sets the following schedule:

1. Petitioner's response to the Respondent's objections are due on or before May 25, 2007.  No further extensions shall be granted;

2. Respondent's reply, if any, may be filed on or before June 15, 2007; and

3. A hearing on the Objections to the Findings and Recommendations is set for July 13, 2007 at 10:00 a.m.

DATED: May 15, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

1