IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD FRANK STANLEY,<br><br>           Petitioner,<br><br>v.<br><br>ROBERT AYERS, Jr., WARDEN of San Quentin State Prison,<br><br>           Respondent. | No. CIV S-95-1500 FCD GGH DP<br><br>**DEATH PENALTY CASE**<br><br>ORDER GRANTING PETITIONER'S EX PARTE APPLICATION FOR LEAVE TO FILE REPLY TO RESPONSE TO OBJECTIONS TO MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS |

     GOOD CAUSE APPEARING, Petitioner's Ex Parte Application for Leave to File Reply to Response to Objections to Magistrate Judge's Findings and Recommendations is granted. The Reply filed June 11, 2007 is considered timely filed.

     IT IS SO ORDERED.

June 12, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE