MARK E. OLIVE, Fla. Bar #578533
Law Offices of Mark E. Olive, P.A.
320 West Jefferson Street
Tallahassee, Florida 32301
(telephone)     850-224-0004
(facsimile)     850-224-3331

DANIEL J. BRODERICK, #89424
Federal Defender
JOSEPH SCHLESINGER, SB #87692
Assistant Federal Defender
TIVON SCHARDL, Fla. Bar #73016
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
(telephone)     916-498-6666
(facsimile)     916-498-6656

Attorneys for Petitioner Stanley

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD FRANK STANLEY, | NO. CIV 95-1500-FCD/GGH |
| Petitioner, | **DEATH PENALTY CASE** |
| vs. | **ORDER ON PETITIONER'S REQUEST FOR AN EXTENSION OF TIME TO FILE OBJECTIONS TO THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS** |
| ROBERT AYERS, WARDEN of the California State Prison at San Quentin, | |
| Respondent. | |

Petitioner requests a extension of time for filing objections to the Findings and Recommendations filed in this matter on August 29, 2007. He seeks an extension of 30 days from September 18, 2007 until October 18, 2007, and states that competing demands on counsel's time from other cases have prevented them from completing their work in the allotted time. The State does not oppose Petitioner's request. The Court finds GOOD CAUSE for granting Petitioner's request.

IT IS SO ORDERED.

DATED: September 18, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE