IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GERALD FRANK STANLEY, | ) | **NO. CIV 95-1500-FCD/GGH** |
| | ) | |
| Petitioner, | ) | **DEATH PENALTY CASE** |
| | ) | |
| vs. | ) | **ORDER ON PETITIONER'S REQUEST FOR AN EXTENSION OF TIME TO FILE OBJECTIONS TO THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS** |
| ROBERT AYERS, WARDEN of the California State Prison at San Quentin, | ) ) ) | |
| Respondent. | ) | |
| _____ | ) | |

Petitioner requests a second extension of time for filing objections to the Findings and Recommendations filed in this matter on August 29, 2007. Having previously been granted one 30-day extension of time, he seeks an additional 10 days until October 29, 2007, in which to complete Petitioner's objections, and states that competing demands on counsel's time from other cases have prevented them from completing their work in the allotted time.

The State does not oppose Petitioner's request. The Court finds GOOD CAUSE for granting Petitioner's request.

Petitioner's request is GRANTED.

IT IS SO ORDERED.

DATED: October 17, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE