1

2

3

4

5                      IN THE UNITED STATES DISTRICT COURT

6                  FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8   GERALD FRANK STANLEY,              )      **NO.  CIV 95-1500-FCD/GGH**
                                       )
        Petitioner,                    )      **DEATH PENALTY CASE**
9                                      )
       vs.                             )      **ORDER ON PETITIONER'S REQUEST**
10                                     )      **FOR AN EXTENSION OF TIME TO FILE**
    ROBERT AYERS, WARDEN of the        )      **OBJECTIONS TO THE MAGISTRATE**
11  California State Prison at San Quentin,  )  **JUDGE'S FINDINGS AND**
                                       )      **RECOMMENDATIONS**
12      Respondent.                    )
    _____)
13

14         Petitioner requests a third extension of time for filing objections to the Findings and

15  Recommendations filed in this matter on August 29, 2007.  Having previously been granted one 30-

16  day extension of time, and an additional 10 days, he now seeks another four days in which to

17  complete Petitioner's objections.  Petitioner states that competing demands on counsel's time from

18  other cases have prevented them from completing their work in the allotted time.

19         The State does not oppose Petitioner's request.  The Court finds GOOD CAUSE for

20  granting Petitioner's request.  Petitioner shall file his objections on or before November 2, 2007.

21         Petitioner's request is GRANTED.

22         IT IS SO ORDERED.

23  DATED: October 26, 2007.

24

25                                        _____
                                          FRANK C. DAMRELL, JR.
26                                        UNITED STATES DISTRICT JUDGE

27

28

Order Extending Time Petr's  Obj's F&R's                          CIV S-95-1500 FCD-GGH