IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERALD F. STANLEY,

    Petitioner,

vs.

WARDEN OF SAN QUENTIN STATE PRISON,

    Respondent.

No. CIV S-95-1500 FCD GGH P

**DEATH PENALTY CASE**

ORDER

---

The California Supreme Court has apparently, informally forwarded a petition for writ of habeas corpus filed in that court by petitioner herein. The petition asserts the same "attorney misconduct" that was recently decided adversely to petitioner by the Ninth Circuit. See Docket #s 802, 801, 819.

No action will be taken on petitioner's duplicative assertions.

The Clerk shall scan a copy of the forwarded petition and relate it to this order.

DATED: Nov. 14, 2007

/s/ Gregory G. Hollows
GREGORY G. HOLLOWS
U.S. MAGISTRATE JUDGE

stan1500.ord

1