EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
MICHAEL P. FARRELL
Senior Assistant Attorney General
WARD A. CAMPBELL, State Bar No. 88555
Supervising Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5251
 Fax: (916) 322-2368
 Email: Ward.Campbell@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| GERALD FRANK STANLEY,<br><br>Petitioner,<br><br>v.<br><br>EDDIE YLST, Acting Warden,<br>San Quentin State Prison,<br><br>Respondent. | 2:95-cv-1500 FCD GGH DP<br><br>**CAPITAL CASE**<br><br>**ORDER GRANTING RESPONDENT'S REQUEST FOR ENLARGEMENT OF TIME TO FILE REPLY TO PETITIONER'S OBJECTIONS TO THE MAGISTRATE JUDGE'S FINDINGS OF RECOMMENDATIONS** |
|---|---|

**GOOD CAUSE SHOWING**, the Court grants Respondent's request for an enlargement of time of twenty (20) days to and including December 17, 2008 to file an opposition to the Petitioner's Objections to the Magistrate Judge's Findings and Recommendations.

Dated: November 19, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

Order re Request for Enlargement of Time

1