1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | MICHAEL P. FARRELL
Senior Assistant Attorney General
4 | WARD A. CAMPBELL, State Bar No. 88555
Supervising Deputy Attorney General
5 | 1300 I Street, Suite 125
P.O. Box 944255
6 | Sacramento, CA 94244-2550
Telephone:  (916) 324-5251
7 | Fax:  (916) 322-2368
Email:  Ward.Campbell@doj.ca.gov
8 |
Attorneys for Respondent
9 |

10 | IN THE UNITED STATES DISTRICT COURT

11 | FOR THE EASTERN DISTRICT OF CALIFORNIA

12 |

13 | **GERALD FRANK STANLEY,**                     2:95-cv-1500 FCD GGH DP

14 |                                Petitioner,     **CAPITAL CASE**

15 |          **v.**                                **ORDER GRANTING
                                                 RESPONDENT'S REQUEST
16 | **ROBERT S. AYERS, Acting Warden,**             **FOR ENLARGEMENT OF
      San Quentin State Prison,**                   **TIME TO FILE REPLY TO
17 |                                                 PETITIONER'S
                                 Respondent.        OBJECTIONS TO THE
18 |                                                 MAGISTRATE JUDGE'S
                                                    FINDINGS OF
19 |                                                 RECOMMENDATIONS**

20 |

21 |

22 |       GOOD CAUSE SHOWING, the Court grants Respondent's unopposed request for an

enlargement of time of  seven (7) days to and including December 24, 2007 to file an opposition to
23 |
the Petitioner's Objections to the Magistrate Judge's Findings and Recommendations.
24 |
        IT IS SO ORDERED.
25 |
DATED: December 13, 2007
26 |

27 |                                        _____
                                           FRANK C. DAMRELL, JR.
                                           UNITED STATES DISTRICT JUDGE
28 |

Order for Enlargement of Time