Oct 3, 2011

U.S. District Court    CASE 95-1500-JAM GGH (HC)
Judge John Mendez.

I hereby request Attorney Jack Leavitt be allowed to represent me especially after my and others sworn testimony in Lake County and Butte County Superior Court proceedings Sept 7, 2011 and Sept 30, 11. Federal Defender Dan Broderick acknowledged his office Mark Olive, T. Scharol and Joe Schlesinger cannot and will not have any further contact with me due to sworn statements about them committing fraud upon this court in evidentiary hearing - filings etc. On this date the Calif Appellate Project, Capital Habeas unit and Calif state Bar also said "Olive, Scharol and Schlesinger can NO longer legally represent you or have any contact with you Period"

**FILED**

OCT 13 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

Sincerely
Gerry F. Stanley
Box C-80900-3-EB-98
S.Q CAL 94974

PROOF OF SERVICE BY MAIL (C.C.P. SECS. 1013(a), 2015.5)

I, the undersigned, declare under penalty of perjury that the following is true and correct: I am a citizen of the United States, over the age of eighteen years, and am not a party to this action. My business address is

18 Crow Canyon Court, Suite 180
San Ramon, CA 94583

I served a true copy of the following documents on the persons named below by placing them in a sealed envelope, with fully prepaid postage, and depositing them in the United States mail at San Ramon, California, on October 12, 2011. The documents were entitled: Request For Named Attorney By Gerald Stanley, a death row prisoner.

The envelopes were addressed as follows:

United States Attorney
501 "I" St., Suite 10-100
Sacramento, CA 95814

Office of the Federal Defender
801 "I" St., 3rd floor
Sacramento, CA 95814


Executed at San Ramon, California on October 12, 2011

Ken Begun