UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY F. STANLEY,<br><br>             Petitioner,<br><br>        v.<br><br>WARDEN, San Quentin State Prison,<br><br>             Respondent. | No.  2:95-CV-1500 JAM CKD<br><br>DEATH PENALTY CASE<br><br><br>ORDER |

On August 13, 2014, the Court of Appeals for the Ninth Circuit dismissed petitioner's interlocutory appeal.  (See ECF No. 931.)  By August 28, 2014, the parties shall meet and confer and file a joint status report.

Dated: August 14, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Stanley sts rpt.or

1