UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY F. STANLEY, | No. 2:95-CV-1500 JAM CKD |
| Petitioner, | DEATH PENALTY CASE |
| v. | |
| WARDEN, San Quentin State Prison, | ORDER |
| Respondent. | |

Based on the parties' status report (ECF No. 934) and good cause appearing, IT IS HEREBY ORDERED that within twenty days of the filed date of this order, the parties shall jointly propose deadlines for the filing of:

1. any motion(s) for discovery with this court,
2. any other anticipated motions or requests, and
3. the exhaustion petition with the California Supreme Court.

Dated: September 10, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Stanley sch stmt.or