UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| JERRY F. STANLEY, | No. 2:95-CV-1500 JAM CKD |
|---|---|
| Petitioner, | DEATH PENALTY CASE |
| v. | |
| WARDEN, San Quentin State Prison, | ORDER |
| Respondent. | |

The parties have proposed a schedule for these proceedings. (ECF No. 938.) The court finds the proposal reasonable. Accordingly, IT IS HEREBY ORDERED as follows:

1. Respondent shall file any motion to dismiss by October 17, 2014.
2. Petitioner shall file any motions involving prior counsel's files and the record by October 24, 2014.
3. The stay of these proceedings is lifted for purposes of considering the above-referenced motions.

////
////
////
////
////

1

4. Petitioner shall initiate the state-court exhaustion proceedings within sixty days of the disposition of the above-referenced motions.

Dated: October 1, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Stanley pre exh sch.or

2