UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY F. STANLEY,<br><br>        Petitioner,<br><br>   v.<br><br>WARDEN, San Quentin State Prison,<br><br>        Respondent. | No. 2:95-CV-1500 JAM CKD<br><br>DEATH PENALTY CASE<br><br><br><br>ORDER |

Petitioner filed a notice under Local Rule 191(h)(2) that respondent has failed to lodge the state court record from petitioner's 2011 competency proceeding held in Lake County Superior Court. (ECF No. 946.) Within five days of the filed date of this order, respondent shall file a response.

Dated: October 29, 2014

                                                                                        CAROLYN K. DELANEY<br>
                                                                                        UNITED STATES MAGISTRATE JUDGE

Stanley comp pro record.or