UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY F. STANLEY,<br><br>        Petitioner,<br><br>   v.<br><br>WARDEN, San Quentin State Prison,<br><br>        Respondent. | No. 2:95-CV-1500 JAM CKD<br><br><u>DEATH PENALTY CASE</u><br><br><br><u>ORDER</u> |

     Petitioner's counsel moves for sanctions against attorney Jack Leavitt for non-compliance with the court's October 22, 2002 and October 2, 2014 Orders (ECF Nos. 365, 940). (ECF No. 947.) By November 13, 2014, Mr. Leavitt shall file a response in writing to the motion. Mr. Leavitt's response shall be limited to explaining why this court should not impose sanctions and/or find him in contempt of court. In addition, Mr. Leavitt may request oral argument. Within one week of Mr. Leavitt's response, petitioner's counsel may file a reply.

     The Clerk of the Court is directed to serve a copy of this order on Mr. Leavitt.

     IT IS SO ORDERED.

Dated: October 29, 2014

                                                            CAROLYN K. DELANEY<br>                                                            UNITED STATES MAGISTRATE JUDGE

Stanley Leavitt sanct.or