UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY F. STANLEY,<br><br>          Petitioner,<br><br>     v.<br><br>WARDEN, San Quentin State Prison,<br><br>          Respondent. | No. 2:95-CV-1500 JAM CKD<br><br>DEATH PENALTY CASE<br><br><br>ORDER |

The hearing on respondent's motion to dismiss (ECF No. 942) is continued from November 19 to December 3, 2014 so that it will be heard at the same time as petitioner's motion for discovery (ECF No. 945). Oppositions to each motion shall be filed by November 11, 2014. Any reply briefs shall be filed by November 18, 2014.

IT IS SO ORDERED.

Dated: October 29, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Stanley mtns hrg.or

1