UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY F. STANLEY,<br><br>             Petitioner,<br><br>     v.<br><br>WARDEN, San Quentin State Prison,<br><br>             Respondent. | No.  2:95-CV-1500 JAM CKD<br><br>DEATH PENALTY CASE<br><br><br>ORDER |

The court finds respondent's October 17 Motion to Dismiss (ECF No. 942) and petitioner's October 24 Motion for Order Authorizing Subpoena Duces Tecum (ECF No. 945) can be resolved without oral argument.  Accordingly, the hearing scheduled for December 3, 2014 before the undersigned is vacated.

Dated:  November 26, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Stanley 12 3 hrg.or