UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY F. STANLEY, | No. 2:95-CV-1500 JAM CKD |
| Petitioner, | DEATH PENALTY CASE |
| v. | |
| WARDEN, San Quentin State Prison, | ORDER |
| Respondent. | |

On October 24, 2014, petitioner moved for sanctions against attorney Jack Leavitt. (ECF No. 947.) On October 29, this court ordered Mr. Leavitt to file a response by November 13 which "shall be limited to explaining why this court should not impose sanctions and/or find him in contempt of court." (ECF No. 949.)  Mr. Leavitt was also permitted to request oral argument. This court has barred Mr. Leavitt from filing any other documents in this proceeding. (ECF No. 940.)

To date, this court has received no response directly from Mr. Leavitt.  However, petitioner's counsel informed the court that on November 12 they received service of documents from Mr. Leavitt. Court staff contacted Mr. Leavitt and was told he had placed filings to the court in the U.S. mail on November 10, 2014. In the interests of justice, and to expedite this matter, the court has requested copies from petitioner's counsel of the documents Mr. Leavitt served. The court has received those documents. They are:  (1) Opposition to Sanctions Motion;

1

(2) Motion to Dismiss Sanctions Motion; (3) Request for Hearing and Oral Argument; (4) Motion for Court Order to Assure Gerald F. Stanley's Presence at Hearing on Sanctions Motion; and (5) Declaration of Gerald F. Stanley Opposing Sanctions Motion and Requesting Presence at Hearing. Petitioner's counsel also received a copy of a letter from Mr. Leavitt to the Clerk of this court requesting filing of each of these documents.

As stated above, Mr. Leavitt is not permitted to file documents in this proceeding with the exception of a response to the motion for sanctions and a request for oral argument. Those two documents will be filed and docketed. The remaining documents which Mr. Leavitt apparently wished to file shall not be filed and shall be disregarded.

For the foregoing reasons, IT IS HEREBY ORDERED as follows:

1. The Clerk of the Court is directed to file Jack Leavitt's November 10, 2014 "Request for Hearing and Oral Argument" and his November 8, 2014 "Opposition to Sanctions Motion."
2. Within one week of the filed date of this order, petitioner may file a reply brief.
3. On December 10, 2014 at 10:00 a.m., the undersigned will hold a hearing on petitioner's October 24, 2014 Motion for Sanctions in courtroom # 24.
4. The Clerk shall serve a copy of this order and file-stamped copies of the "Request for Hearing and Oral Argument" and the "Opposition to Sanctions Motion" by U.S. mail on Mr. Leavitt.

Dated: November 26, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Stanley sanc mtn.or2