UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY F. STANLEY,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN, San Quentin State Prison,<br><br>    Respondent. | No. 2:95-CV-1500 JAM CKD<br><br><u>DEATH PENALTY CASE</u><br><br><br><u>ORDER</u> |

Attorney Jack Leavitt requests permission to file an opposition to petitioner's motion to compel and an extension of time to do so. (ECF No. 984.) In addition, Mr. Leavitt filed a letter, dated January 14, 2015, regarding his continuing involvement in this proceeding.

Good cause appearing, IT IS HEREBY ORDERED as follows:

1. Mr. Leavitt's request for an extension of time is granted. Mr. Leavitt's January 20, 2015 opposition to the motion to compel is accepted for filing.

2. By January 27, 2015, petitioner shall file any reply to the opposition to the motion to compel.

3. The hearing on petitioner's December 31, 2014 motion to compel (ECF No. 975) is continued from January 28, 2015 to February 4, 2015 at 10:00 a.m.

4. On January 28, 2015 at 10:00 a.m., the undersigned will hold a conference to discuss the proposals made in Mr. Leavitt's January 14 letter. Petitioner's counsel and Mr.

Leavitt shall both participate in the conference, and may do so telephonically. Anyone wishing to participate by telephone shall contact Courtroom Deputy Kyle Owen at (916) 930-4004 by 4:30 p.m. on January 27, 2015.

5. Mr. Leavitt is advised that his request for reconsideration of the order granting petitioner's counsel's motion for sanctions has been accepted and filed.

Dated: January 22, 2015

/s/ Carolyn K. Delaney

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Stanley mtc.eot