UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY F. STANLEY, | No. 2:95-CV-1500 JAM CKD |
| Petitioner, | DEATH PENALTY CASE |
| v. | |
| WARDEN, San Quentin State Prison, | ORDER |
| Respondent. | |

On January 28, 2015, the undersigned held a conference to address representations made in attorney Jack Leavitt's January 14, 2015 letter to the court (ECF No. 986). Joe Schlesinger appeared for petitioner. Mr. Leavitt participated by telephone.

As has been documented in this case numerous times, Mr. Leavitt has inserted himself into these proceedings based on his persistent claim that he is petitioner's "true legal representative." In 2004, the court sanctioned Mr. Leavitt in an amount exceeding $10,000 for his interference in these proceedings. (ECF No. 437.) In December 2014, this court granted a second motion for sanctions against Mr. Leavitt. (ECF No. 972.) The amount of those sanctions has yet to be determined.

In his January 14 letter, Mr. Leavitt requested a status conference to discuss petitioner's counsel's statement that petitioner told Mr. Schlesinger that he "would like [Mr. Leavitt] to lose interest in his case and wants Mr. Schlesinger to represent him." (ECF No. 986.) On January 27,

1

2015, petitioner's counsel filed a CD-ROM containing a recording of statements made by petitioner Stanley on the Federal Defender's voicemail message system. (ECF No. 991-3.) In addition, counsel filed a transcript of those messages. (ECF No. 991-2.) The undersigned has listened to the CD-ROM and read the transcript which reveal that in August 2014, petitioner Stanley informed Mr. Schlesinger that he wants Mr. Schlesinger to continue to represent him, that he wants Mr. Schlesinger to so inform the court, and that his time with Mr. Leavitt "is up." Mr. Stanley states, "I actually feel a little bit better that uh now that I know that uh this shit with Leavitt is coming to an end." (Id.)

During the conference, Mr. Leavitt acknowledged that he had received the CD-ROM and transcript containing petitioner Stanley's statements. He stated that based on petitioner's statements, Mr. Leavitt feels he has "no reason to remain in the case," except to address the impositions of sanctions.[1]

Mr. Leavitt then informed the court that he would agree to cease his involvement in these proceedings if the undersigned would re-evaluate the 2004 sanctions order and order the money Mr. Leavitt paid previously returned. Mr. Leavitt's offer is not well taken; both the 2004 and the 2014 orders imposing sanctions against Mr. Leavitt stand. Mr. Leavitt is once again warned that he will face further sanctions if he interjects himself in this case in any way not explicitly permitted by the court.

Accordingly, IT IS HEREBY ORDERED as follows:

1. On February 4, 2015, at 10:00 a.m., the court will hear petitioner's motion to compel. The court expects petitioner's counsel and Mr. Leavitt to appear. At that time, the court will also hear any argument on the amount of sanctions to be levied against Mr. Leavitt pursuant to the December 19, 2014 order.

/////

/////

---

[1] In addition, Mr. Leavitt admitted that "we do not have a clear view of whether Jerry Stanley really wants execution or not." Mr. Leavitt's involvement in this case has, in the past, been based on Mr. Leavitt's stated belief that petitioner Stanley wanted to dismiss these proceedings so that his death sentence may be carried out.

1        2.   The Clerk of the Court is directed to serve a copy of this order by U.S. mail on
2    attorney Jack Leavitt.
3  Dated:  January 29, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

16  stanley leavitt hrg.or

3