UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY F. STANLEY, | No. 2:95-CV-1500 JAM CKD |
| Petitioner, | DEATH PENALTY CASE |
| v. | |
| WARDEN, San Quentin State Prison, | ORDER |
| Respondent. | |

On February 19, 2015, the district judge denied attorney Jack Leavitt's motions for reconsideration of this court's order setting a sanctions amount and order granting petitioner's motion to compel. (ECF No. 1001.)

Accordingly, IT IS HEREBY ORDERED as follows:

1. By March 5, 2015, Mr. Leavitt shall pay sanctions in the amount of $9,120 to the Clerk of the Court. (See ECF Nos. 972, 995, 1001.)
2. By February 27, 2015, petitioner's counsel shall retrieve the four boxes of documents delivered to the court last week from Mr. Leavitt. (See ECF Nos. 995, 1001.) Petitioner's counsel shall file a notice of the date they receive the boxes. As specified previously, within two weeks of receipt of the documents, petitioner shall return them to Mr. Leavitt.

////

1

3. The Clerk of the Court is directed to serve a copy of this document on attorney Jack Leavitt.

Dated: February 20, 2015

                                /s/ Carolyn K. Delaney
                                CAROLYN K. DELANEY
                                UNITED STATES MAGISTRATE JUDGE

Stanley mtc and sanctions.or