UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY F. STANLEY,<br><br>             Petitioner,<br><br>      v.<br><br>WARDEN, San Quentin State Prison,<br><br>             Respondent. | No. 2:95-CV-1500 JAM CKD<br><br><u>DEATH PENALTY CASE</u><br><br><br><u>ORDER</u> |

In an October 1, 2014 Order, petitioner was directed to initiate exhaustion proceedings within sixty days of the resolution of respondent's motion to dismiss and petitioner's motion for discovery. (ECF No. 939.) Both motions have been resolved. (ECF Nos. 965, 1005.) Counsel for the parties shall meet and confer, and within ten days of the filed date of this order shall file a joint statement explaining the status of the stay and abeyance of these proceedings pending exhaustion and identifying a deadline for petitioner' initiation of the state exhaustion proceedings.

Dated: March 24, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Stanley exh sts.or