UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| JERRY F. STANLEY, | No. 2:95-CV-1500 JAM CKD |
|---|---|
| Petitioner, | DEATH PENALTY CASE |
| v. | |
| WARDEN, San Quentin State Prison, | ORDER |
| Respondent. | |

Based on the parties' joint statement (ECF No. 1010), and good cause appearing, IT IS HEREBY ORDERED as follows:

1. By June 9, 2015, petitioner shall initiate state exhaustion proceedings.
2. This case will remain stayed and in abeyance during the pendency of those state proceedings.
3. Within ten days after final state court resolution of the exhaustion proceedings, petitioner shall notify this court that the state proceedings have concluded.

Dated: April 21, 2015

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Stanley exh stay.or