UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY F. STANLEY,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN, San Quentin State Prison,<br><br>　　　　　Respondent. | No.  2:95-CV-1500 JAM CKD<br><br>DEATH PENALTY CASE<br><br><br>ORDER |

Attorney Jack Leavitt has submitted a copy of a legal document entitled "Proof of Service on Retaining of Attorney for all Purposes." That document has a California Supreme Court caption for the case of Stanley v. Warden, No. S230767. Attached to the document is a copy of a letter from Mr. Leavitt to Frank McGuire, the Court Administrator of the California Supreme Court. That letter includes a statement, purportedly of Mr. Stanley, that he has retained Jack Leavitt "as my attorney for all purposes." The line for Mr. Stanley's signature is blank.

Mr. Leavitt has been informed by this court numerous times that he may not file any documents herein without express permission to do so. (See, e.g., Feb. 5, 2015 Order (ECF No. 995); Dec. 19, 2014 Order (ECF No. 972).) Because this court has not given Mr. Leavitt permission to file the document he submitted, the Clerk of the Court is directed not to add the document to the docket of this proceeding and to return it to Mr. Leavitt.

////

1 | IT IS SO ORDERED.
2 | Dated: January 11, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

13 | Stanley Leavitt 1 16.or