UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY F. STANLEY,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN, San Quentin State Prison,<br><br>　　　　　Respondent. | No. 2:95-CV-1500 JAM CKD<br><br>DEATH PENALTY CASE<br><br><br>ORDER |

On April 25, 2016, petitioner filed a status report describing Mr. Stanley's state court proceedings. (ECF No. 1026.) Petitioner argues that this federal proceeding should remain stayed pending the state court automatic appeal and any related state court habeas corpus action.

Within twenty days of the filed date of this order, respondent shall file a response to petitioner's April 25 status report. In particular, respondent shall address petitioner's argument that this federal proceeding remain stayed.

IT IS SO ORDERED.

Dated: May 10, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

Stanley sts rpt reply.or

1