UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY STANLEY,<br>      Petitioner,<br><br>   vs.<br><br>EDDIE YLST, Acting Warden of the California State Prison at San Quentin,<br><br>      Respondent. | Case No.: 2:95-cv-01500 DAD CKD<br><br>**<u>DEATH PENALTY CASE</u>**<br><br>**ORDER** |

    The court is in receipt of petitioner's August 20, 2025 filing (ECF No. 1417), as well as other documents that have been filed personally by petitioner in this case. (*See, e.g.*, ECF Nos. 1227-1417.) Consistent with the prior orders of this court (*see* ECF No. 65; *see also* ECF Nos. 105, 107, 118, 133, 151, 156, 167, 180, 190, 193, 223, 226, 228, 237, 263, 264, 278, 295, 300, 307, 316, 327, 332, 336, 337, 342, 346) and Local Rule 191(c), because petitioner is represented by counsel, the court takes no further action on this pleading, or any others, absent a properly-noticed motion by counsel.

Dated:  August 22, 2025

                                                      CAROLYN K. DELANEY<br>
                                                      UNITED STATES MAGISTRATE JUDGE